PEOPLE *v* FREDERICK EVANS. Appeal from Wayne, Joseph G. Rashid, J. Submitted Division 2 December 7, 1971, at Grand Rapids. (Docket No. 11163.) Decided January 27, 1972. Leave to appeal denied, 387 Mich 790.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Patricia J. Boyle,* Assistant Prosecuting Attorney, for the people.

*Thomas A. Maher,* for defendant on appeal.

Before: Holbrook, P. J., and Fitzgerald and T. M. Burns, JJ.

Memorandum Opinion. Defendant was convicted by a jury of the offense of armed robbery, MCLA 750.529; MSA 28.797, and was sentenced to a term of 30 to 40 years. The people move to affirm.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.